# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00141-CV

## In re Jonathan Thompson, P.E, and Atlas Design Services, PLLC.

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## O R D E R

**PER CURIAM**

Relators Jonathan Thompson, P.E., and Atlas Design Services, PLLC have filed a petition for writ of mandamus and an Amended Emergency Motion for Temporary Relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the trial court's March 8, 2022 contempt order pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before March 28, 2022.

It is ordered on March 18, 2022.

Before Justices Goodwin, Baker, and Triana